# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-2204EM

———————

| | | |
|---|---|---|
| Rachelle Branch, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Federal Express Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: February 10, 1999
Filed: February 19, 1999

———————

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

———————

PER CURIAM.

Rachelle Branch appeals the district court's grant of summary judgment to Federal Express Corporation (FEC) on Branch's race discrimination claim. Having reviewed the record and the parties' briefs, we conclude Branch is not entitled to relief. Assuming for the purpose of our review that Branch established the elements of a prima facie case, we agree with the district court's analysis that there is no substantial evidence in the record tending to show that FEC's decision to discharge Branch for falsifying her time cards was a pretext for race discrimination. We thus conclude the district court correctly granted summary judgment, and we affirm for the reasons stated in its memorandum opinion without further discussion. We also

decline to consider the argument Branch raises for the first time on appeal.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.